| | | Amount | Amount |
|---|---|---|---|
| Date: 10/05/10 | **DIVIDENDS REMITTED TO THE COURT** | | Page: 1 |
| | Case Number 09-20037 - MINOR, MARK S. | #151099 | |

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Avon Women's Health Associates<br>36901 American Way, Suite A<br>Avon, OH 44011 | 000007 | 68.83 | 4.36 |
| ---------- Remittance Total ---------- | | 68.83 | 4.36 |

Ck 107

*[signature]*
LAUREN A. HELBLING, Trustee

FILE 2010 OCT -8 PM — U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND